# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>PRAXAIR, INC.,<br><br>    Defendants. | OLD CASE: 1:18-cv-01493-LJO-SAB<br>NEW CASE: 1:18-cv-01493-SAB<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Magistrate Judge STANLEY A. BOONE as Presiding Judge of the above entitled action. The parties have filed a Consent to Proceed before the assigned Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment.

## ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

## 1:18-cv-01493 SAB

IT IS SO ORDERED.

Dated: **February 12, 2019**    **/s/ Lawrence J. O'Neill**
                  UNITED STATES CHIEF DISTRICT JUDGE

1