# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>PRAXAIR, INC.,<br><br>        Defendant. | Case No. 1:18-cv-01493-SAB<br><br>SECOND AMENDED SCHEDULING ORDER<br><br>(ECF No.) |

On January 2, 2020, the Court issued an amended scheduling order at the request of the parties. However, due to administrative error, the deadline to complete expert discovery was not included in the order. Therefore, a second amended scheduling order shall be issued to cure the defect. Therefore, IT IS HEREBY ORDERED that the February 13, 2019 scheduling order is amended as follows:

1. The hearing on Plaintiff's motion to strike is continued from January 15, 2020 to **February 19, 2020, at 10:00 a.m.** The parties shall file a joint statement regarding the discovery disagreement **seven (7) days** prior to the hearing as required by Rule 251 of the Local Rules of the Eastern District of California;

2. The deadline to complete expert discovery is continued from January 24, 2020 to **March 13, 2020**;

3. Pretrial Conference is continued from February 28, 2020 to **July 24, 2020 at 9:30**

1

        **a.m.** in Courtroom 9;

4. A Motions *in Limine Hearing* is set for **September 11, 2020 at 9:30 a.m.** in Courtroom 9;

5. Trial is continued from April 14, 2020 to **September 22, 2020, at 8:30 a.m.** in Courtroom 9.

6. All other aspects of the February 13, 2019 Scheduling Order remain in effect.

IT IS SO ORDERED.

Dated: **January 3, 2020**

UNITED STATES MAGISTRATE JUDGE