# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PRAXAIR, INC.,<br><br>　　　　Defendant. | Case No. 1:18-cv-01493-SAB<br><br>ORDER VACATING FEBRUARY 19, 2020 HEARING |

Currently before the Court is Plaintiff's motion to strike filed on December 17, 2019. Defendant filed an opposition to the motion on February 5, 2020. Plaintiff filed a reply on December 12, 2020. A hearing on the motion is set for February 19, 2020.

Having reviewed the moving and opposition paper, the Court finds the motion suitable for decision on the moving papers and a hearing is not necessary. Accordingly, the matter is taken under submission and the hearing set for February 19, 2020, is HEREBY VACATED and the parties are not required to appear at that time.

IT IS SO ORDERED.

Dated: **February 18, 2020**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1