UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PATRICK GARCIA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PRAXAIR, INC.,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01493-SAB<br><br>ORDER RE STIPULATION FOR CONTINUANCE OF EXPERT DISCOVERY DEADLINE<br><br>(ECF No. 36) |

On April 3, 2020, the parties filed a stipulation to extend the deadline to conduct expert discovery due to the inability to conduct in person depositions because of the restrictions placed on movement due to COVID-19. The Court finds that good cause exists to amend the scheduling order.

Pursuant to the stipulation of the parties, the deadline to conduct expert discovery shall be extended to June 12, 2020. All other aspects of the February 13, 2019 scheduling order, as amended on January 3, 2020, remain in effect.

IT IS SO ORDERED.

Dated:　**April 3, 2020**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE