# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>PRAXAIR, INC.,<br><br>        Defendant. | Case No. 1:18-cv-01493-SAB<br><br>ORDER VACATING TRIAL DATES AND SETTING SETTLEMENT CONFERENCE AND STATUS CONFERENCE |

Patrick Garcia ("Plaintiff") filed this action against Praxair, Inc. ("Praxair" or "Defendant") pursuant to 28 U.S.C. § 1332(a). A pretrial conference was held on July 24, 2020. Counsel Tom Duckworth and Dena Narbaitz appeared by video for Patrick Garcia ("Plaintiff"). Counsel Jason Borchers and Tanja Darrow appeared by video for Praxair Inc. ("Defendant").

The parties were advised that jury trials are currently unable to be held due to the Covid-19 pandemic which has resulted in the closure of the court to the public, however, video bench trials are available should the parties agree to have the trial decided by the Court. The parties requested that the Court set a settlement conference at this time. The Court will set a settlement conference before Magistrate Judge Barbara McAuliffe. Due to the closure of the court and the uncertainty as to when jury trials will be able to resume in this District, the pretrial conference is continued.

However, should the case not settle and the Court is again able to do jury trials, this Court

will be committed to setting this matter for trial in short order with reasonable accommodations to counsel and witnesses.

Accordingly, IT IS HEREBY ORDERED that:

1. The briefing schedule and motion *in limine* hearing set for September 11, 2020 are VACATED;
2. The trial date of September 22, 2020 is VACATED;
3. A settlement conference is set for **August 18, 2020, at 1:30 p.m.** in Courtroom 8 before United States Magistrate Judge Barbara A. McAuliffe;
4. A status conference is set for **September 1, 2020, at 10:00 a.m.** in Courtroom 9 to address setting a date for the jury trial in this matter.

IT IS SO ORDERED.

Dated:   **July 24, 2020**

UNITED STATES MAGISTRATE JUDGE

2