# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GARCIA, | Case No. 1:18-cv-01493-SAB |
| Plaintiff, | ORDER FOLLOWING STATUS CONFERENCE AND SETTING FURTHER DATES |
| v. | |
| PRAXAIR INC., | |
| Defendant. | |

On September 1, 2020, a status conference was held in this matter on setting pretrial and trial dates. Counsel Tom Duckworth and Dena Narbaitz appeared by video for Patrick Garcia ("Plaintiff"). Counsel Tanja Darrow appeared by video for Praxair Inc. ("Defendant"). During the conference, the parties discussed dates and the following dates were set in this action.

Pretrial Conference: **November 13, 2020, at 9:30 a.m.,** in Courtroom 9 (SAB)

Motion *in Limine* Hearing: **December 16, 2020 at 11:00 a.m.,** in Courtroom 9 (SAB)

   Filing of Motions *in Limine*: **November 25, 2020**

   Filing of Opposition to Motions *in Limine*: **December 9, 2020**

Trial: **January 12, 2021, at 8:30 a.m.,** in Courtroom 9 (SAB)

The pretrial order shall set forth all deadlines for trial preparation, however, the parties can find information on the deadlines before United States Magistrate Judge Stanley A. Boone at the United States District Court for the Eastern District of California's website

1

(http://www.caed.uscourts.gov) under Judges; United States Magistrate Judge Stanley A. Boone (SAB). In the area entitled "Case Management Procedures," there is a link to "Pretrial and Trial Procedures/Deadlines".

IT IS SO ORDERED.

Dated:   **September 1, 2020**

UNITED STATES MAGISTRATE JUDGE