# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GARCIA,<br><br>       Plaintiff,<br><br>    v.<br><br>PRAXAIR, INC.,<br><br>       Defendant. | Case No. 1:18-cv-01493-SAB<br><br>ORDER FOLLOWING PRETRIAL CONFERENCE AND DIRECTING PARTIES TO PROCEED WITH DATES AND GUIDELINES SET BY PREVIOUS PRETRIAL ORDERS<br><br>Trial Date:<br>August 24, 2021 at 9:00 a.m. in Courtroom 9 (SAB) (Jury Trial) (5-7 days) |

      Patrick Garcia ("Plaintiff") brings this employment discrimination action against Praxair, Inc. ("Praxair" or "Defendant"). The Court previously issued a pretrial order on November 16, 2020, however, a trial date was not set. (ECF No. 51.) Thereafter, on January 5, 2021, the Court issued an order adjudicating the parties' motions *in limine*. (ECF No. 57.) On February 18, 2021, the Court issued a first amended pretrial order setting the trial date and pretrial deadlines for this matter, and set a pretrial conference for June 25, 2021. (ECF No. 61.)

      On June 25, 2021, the Court held the pretrial conference in this matter. Tom Duckworth and Dena Narbaitz appeared on behalf of Plaintiff. Tanja L. Darrow and Vanessa M. Cohn appeared on behalf of Defendant. At the conference, the parties confirmed their ability to proceed with a jury trial on August 24, 2021. While the Court stated it would set the pretrial deadlines in this matter, the guidelines and dates previously set forth in the November 16, 2020 pretrial order, and the first amended pretrial order, do not need to be altered, and thus the Court

1

shall direct the parties to continue to proceed under such guidelines and dates.

The initial pretrial order specifies that exhibits are to be presented in physical binders. (ECF No. 51 at 20.) At the June 25, 2021 conference, the parties were notified that the Court would proceed under such guidelines, and the parties shall file physical binders of exhibits. However, the Court also advised the parties that counsel may present exhibits electronically during the trial if they wish to do so. Further, if the parties desire to utilize an alternative electronic system for the exchange of exhibits between counsel, the parties shall contact the Court prior to June 30, 2021, and the Court will set a time for a brief conference to discuss the logistics of doing so.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall proceed under the guidelines and dates set forth in the November 16, 2020 pretrial order, as modified by the Court's order on the parties' motions *in limine* and the Court's first amended pretrial order issued on February 18, 2021 (ECF Nos. 51, 57, 61); and

2. If the parties desire to utilize an alternative electronic system for the exchange of exhibits between counsel, the parties shall contact the Court prior to June 30, 2021, and the Court will set a time for a brief conference to discuss the logistics of doing so.

IT IS SO ORDERED.

Dated: __**June 25, 2021**__

UNITED STATES MAGISTRATE JUDGE