# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>PRAXAIR, INC.,<br><br>    Defendant. | Case No.  1:18-cv-01493-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

A trial is set to begin in this matter on August 24, 2021.  On August 3, 2021, the Court held a status hearing with the parties, at which, the parties informed the Court that they have reached settlement.  (ECF No. 69.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **August 3, 2021**

UNITED STATES MAGISTRATE JUDGE

1