# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GARCIA, | Case No. 1:18-cv-01493-SAB |
| Plaintiff, | ORDER GRANTING REQUEST TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| PRAXAIR, INC., | (ECF Nos. 71, 72) |
| Defendant. | SEPTEMBER 16, 2021 DEADLINE |

On August 3, 2021, the Court ordered dispositional documents to be filed within thirty (30) days. (ECF No. 71.) On September 1, 2021, the parties filed a stipulated request to continue the deadline to file dispositional documents. (ECF No. 72.) The parties proffer that pursuant to the terms of the settlement agreement, an additional fourteen (14) days are required to effectuate the terms of the agreement. (Id.) The Court is not generally inclined to extend the time to file dispositional documents to await compliance with terms of a settlement agreement, however, given the agreement was just executed on August 29, 2021, and the parties only request fourteen (14) days to file dispositional documents, the Court shall grant the request based on good cause.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, it is HEREBY ORDERED that:

1. The request to extend the time to file dispositional documents is GRANTED; and
2. The parties shall file dispositional documents on or before September 16, 2021.

IT IS SO ORDERED.

Dated: **September 2, 2021**

UNITED STATES MAGISTRATE JUDGE